JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 25, 2011

Check No. 2021695

Check Amount: $4,517.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44986-R | 00009 | NOEL & LAURA JANNETTE GALVAN | 14 | 7212 | 0.28 | 0.00 | 0.28 |
| | | Original check written to: ASPIRE VISA GOLD P. O. BOX 23051 COLUMBUS, GA 31902-3051 | | | | | |
| 05-46479-R | 10013 | TIMOTHY ALAN BROWN | 6 | XXXXX9587 | 93.66 | 0.00 | 93.66 |
| | | Original check written to: CITIFINANCIAL AUTO ATTN PAYMENT PROCESSING P. O. BOX 9578 COPPELL, TX 75019-9513 | | | | | |
| 05-49135-R | 00021 | KEVIN L. & FRANKIE M. THOMPSON | 12 | XXXXX1282 | 75.09 | 0.00 | 75.09 |
| | | Original check written to: OSI COLLECTION SERVICES INC P. O. BOX 947 BROOKFIELD, WI 53008-0947 | | | | | |
| 06-40040-R | 00007 | DWIGHT ANTHONY & GRACE DEWS | 24 | XXXXX9808 | 19.22 | 0.00 | 19.22 |
| | | Original check written to: TRUELOGIC FINANCIAL CORP. P. O. BOX 4238 ENGLEWOOD, CO 80155-4238 | | | | | |
| 06-40046-R | 00008 | PAUL DAVID & LESLIE K. BECKMANN | 3 | 2230 | 76.17 | 0.00 | 76.17 |
| | | Original check written to: CHEVRON USA P. O. BOX 5010 ROOM 1242, SECTION 156 CONCORD, CA 94524-0010 | | | | | |
| 06-40099-R | 00014 | SUSAN MAREE PRIEST | 3 | XXXXX3517 | 13.96 | 0.00 | 13.96 |
| | | Original check written to: CHEVRON USA P. O. BOX 5010 ROOM 1242, SECTION 156 CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 25, 2011

Check No. 2021695

Check Amount: $4,517.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40696-R | 00021 | JOHN & NICOLASA DALE | 10 | XXXXX8860 | 56.70 | 0.00 | 56.70 |
| | | Original check written to: <br> CIT GROUP/COMMERCIAL SERVICES <br> 1211 AVENUE OF THE AMERICAS <br> NEW YORK, NY 10036 | | | | | |
| 06-40696-R | 00049 | JOHN & NICOLASA DALE | 16 | XXXXXIDED | 400.00 | 96.25 | 496.25 |
| | | Original check written to: <br> VIAL HAMILTON KOCH & KNOX, LLP <br> 8750 NORTH CENTRAL EXPRESSWAY <br> SUITE 777 <br> DALLAS, TX 75231-6425 | | | | | |
| 06-40863-R | 00016 | LOUIS RAY RICHARDS | 4 | XXXXX1523 | 487.67 | 0.00 | 487.67 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 06-41611-R | 00058 | CHRISTOPHER DALE & MANDY LYNN GARNER | 12 | XXXXX5244 | 30.80 | 0.00 | 30.80 |
| | | Original check written to: <br> PARAGON WAY, INC. <br> 2101 WEST BEN WHITE BOULEVARD <br> SUITE 103 <br> AUSTIN, TX 78704 | | | | | |
| 07-41532-R | 00007 | MALCOLM G. JOHNSON | 4 | XXXXX4021 | 823.28 | 179.81 | 1,003.09 |
| | | Original check written to: <br> ROCKWALL COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2691 | | | | | |
| 07-41532-R | 00012 | MALCOLM G. JOHNSON | 10 | XXXXX9159 | 238.55 | 0.00 | 238.55 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  February 25, 2011

Check No. 2021695

Check Amount:  $4,517.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40122-R | 00011 | MICHAEL S. MCGUGIN | 2 | 4187 | 403.88 | 0.00 | 403.88 |
| | | Original check written to: HSBC AUTO / P. O. BOX 17914 / SAN DIEGO, CA 92177-7914 | | | | | |
| 08-40507-R | 00020 | CHRISTOPHER DOUGLAS MEZA | 4 | XXXXX0753 | 600.11 | 122.20 | 722.31 |
| | | Original check written to: CROSS OAKS HOA / 1515 HERITAGE DRIVE / SUITE 100 / MCKINNEY, TX 75069 | | | | | |
| 08-42666-R | 00001 | CECELIA MALIK | 1 | XXXXX6091 | 0.00 | 495.95 | 495.95 |
| | | Original check written to: CITIFINANCIAL AUTO, LTD. / P. O. BOX 182287 / COLUMBUS, OH 43218-2287 | | | | | |
| 09-42749-R | 00003 | GENEVA D. CHASTANG | 2 | XXXXX2193 | 0.00 | 14.97 | 14.97 |
| | | Original check written to: HSBC AUTO FINANCE / P. O. BOX 60130 / CITY OF INDUSTRY, CA 91716-0130 | | | | | |
| 09-42845-R | 00006 | BILLY E. DUCKWORTH | 9 | XXXXX4127 | 71.85 | 215.30 | 287.15 |
| | | Original check written to: HSBC AUTO FINANCE / P. O. BOX 60130 / CITY OF INDUSTRY, CA 91716-0130 | | | | | |
| 09-42904-R | 00009 | TIMOTHY DALE WILSON & TAMARA LAYNE WALLACE | 1 | 9568 | 0.00 | 2.16 | 2.16 |
| | | Original check written to: VANDERBILT MORTGAGE / P. O. BOX 9800 / MARYVILLE, TN 37802-9800 | | | | | |
| | | | | **TOTALS** | $3,391.22 | **$1,126.64** | **$4,517.86** |